**Electronically Filed
Supreme Court
SCPW-13-0004393
24-DEC-2013
02:22 PM**

SCPW-13-0004393

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALLURE WAIKIKI MARKETING, LLC; and
KALAKAUA RELIEF LINE, LLC, Petitioners,

vs.

STATE OF HAWAIʻI DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS; and KEALIʻI S. LOPEZ, IN HER CAPACITY
AS DIRECTOR OF THE DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS FOR THE STATE OF HAWAIʻI, Respondents.

---

ORIGINAL PROCEEDING

ORDER
(By: McKenna, J.)

On December 17, 2013, petitioners Allure Waikiki
Marketing, LLC and Kalakaua Relief Line, LLC ("KRL") filed a
"Stipulation and Order", which was approved as to form by counsel
for respondents State of Hawaiʻi Department of Commerce and
Consumer Affairs and Kealiʻi S. Lopez, in her Capacity as
Director of the State of Hawaiʻi Department of Commerce and
Consumer Affair, for approval by this court.  Upon this court's
approval of the stipulation, the stipulation would effectively
constitute a court order directing respondents to reinstate KRL
as an LLC.  Three days after the stipulation was filed,

respondents filed an answer to the petition for a writ of mandamus that was filed on October 23, 2013, and asked this court to deny the requested mandamus relief.  The answer appears to conflict with the stipulation.  In light of the timing of the filings, this court may deem the stipulation to be null and void. Accordingly,

IT IS HEREBY ORDERED that the stipulation is deemed null and void unless otherwise informed by the respondents within five (5) days from the date of this order.

DATED: Honolulu, Hawaiʻi, December 24, 2013.

/s/ Sabrina S. McKenna

